UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID KUSNIERCZYK, individually )
and on behalf of all others similarly )
situated, )
)
        Plaintiffs, )
)   No. 2:19-cv-1602-DSC
    v. )
)
BRP INC., )
)
        Defendant. )

## **STIPULATION OF DISMISSAL**

AND NOW, comes the Plaintiff, by and through his counsel, and hereby stipulates that the

above-captioned civil action shall be dismissed, with prejudice.

Dated: July 22, 2021        Respectfully submitted,


/s/ *Daniel C. Levin*
Daniel C. Levin, Esquire
Nicholas J. Elia, Esquire
LEVIN SEDRAN BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Email: dlevin@lfsblaw.com
      nelia@lfsblaw.com

D. Aaron Rihn, Esquire
PA ID No.: 85752
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street
Suite 125
Pittsburgh, PA 15219
Phone: (412) 281-7229
Fax: (412) 281-4229
Email: arihn@peircelaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 22, 2021, I filed the foregoing document using the Court's electronic filing system, which will send notification of such filing to all counsel of record via electronic mail.

 */s/ Daniel C. Levin*
Daniel C. Levin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID KUSNIERCZYK, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 2:19-cv-1602-DSC |
| v. | ) ) | |
| BRP INC., | ) ) | |
| Defendant. | ) | |

## <u>ORDER</u>

AND NOW, it is this _____ day of _____, 2021, upon consideration of the

Stipulation submitted by Plaintiff pursuant to Rule 41 of the Federal Rules of Civil Procedure, it

is hereby ORDERED that this civil action shall be dismissed with prejudice.

_____

J.